## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOHN BUCKLEY**                                                                             **PLAINTIFF**
**ADC #084190**

v.                             **CASE NO.: 1:06CV00020 JLH/BD**

**CHAD MCGOWAN, et al.**                                                        **DEFENDANTS**

### ORDER

Pending is Defendants' Motion for Summary Judgment (#52). Defendants' Motion is DENIED as moot.

On June 15, 2007, Defendants filed their Motion for Summary Judgment in this matter. Several weeks later, Plaintiff moved the Court to allow him to file an Amended Complaint (#64). The Court granted Plaintiff's Motion for Leave to File an Amended Complaint (#68). Plaintiff has filed his Amended Complaint (#69) and Defendants have answered Plaintiff's Amended Complaint (#70). Accordingly, Defendants' Motion for Summary Judgment based on Plaintiff's original Complaint is dismissed as moot. Defendants are not precluded from filing a motion for summary judgment based on the allegations contained in Plaintiff's Amended Complaint.

IT IS SO ORDERED this 19th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE