IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN BUCKLEY                                                                                       PLAINTIFF
ADC # 084190

V.                                    NO. 1:06CV00020-JLH/BD

CHAD McGOWAN, *et al.*                                                                      DEFENDANTS

## ORDER

Defendants filed a Motion for Summary Judgment (docket entry #52) on June 15, 2007. Plaintiff filed a response (#61) to that motion. Subsequently, on July 31, 2007, Plaintiff was granted leave to amend his Complaint (#68), and an Amended Complaint (#69) was filed on August 3, 2007. An Order (#71) was entered denying the summary judgment motion as moot because the motion was based on Plaintiff's original Complaint.

A second Motion for Summary Judgment (#73) was filed on November 19, 2007. A response has not been filed. If Plaintiff wishes to respond to the motion, he should file a response on or before January 28, 2008.

IT IS SO ORDERED this 18th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE